UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Joshua Alan Iley                                    Docket No. 4:13-CR-26-1FL

**Petition for Action on Supervised release**

COMES NOW Chip Williams, U.S. probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Joshua Alan Iley, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone in violation of 21 U.S.C. § 846 and 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on November 7, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Joshua Alan Iley was released from custody on June 27, 2014, at which time the term of supervised release commenced in the Eastern District of Texas.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 25, 2014, the defendant was arrested and charged with Driving While Intoxicated (DWI). He timely reported the arrest and admitted culpability for the DWI. Additionally, Mr. Iley admitted to using synthetic marijuana on two separate occasions in October 2014. As a corrective measure, the supervising probation officer increased the frequency of mental health treatment and urine screens. On November 18, 2014, the defendant tested positive for methamphetamine. Mr. Iley admitted to using methamphetamine. In order to address these violations it recommended the conditions or supervision be modified by the addition of an alcohol abstinence condition and placement in a residential reentry center. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

The Eastern District of Texas has agreed to accept transfer of jurisdiction. Request for transfer of jurisdiction to follow.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of intoxicants, including alcohol, during the term of supervised release, unless prescribed by a physician.

2. You shall reside in a residential reentry center or similar facility, in a community corrections component, for a period of 180 days to commence immediately. You shall abide by the rules and regulations or the center, and pay subsistence according to U.S. Bureau of Prisons' guidelines.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Chip Williams |
| Robert L. Thornton | Chip Williams |
| Supervisory U.S. probation Officer | U.S. probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2045 |
| | Executed On: December 9, 2014 |

## ORDER OF THE COURT

Considered and ordered this __15th__ day of __December__, 2014 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge